AO 442 (Rev. 11/11) Arrest Warrant

FU# 263280

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
May 30, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MG CIENEGA_____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. DR-20-CR-01355-(01)-AM |
| Bobby Joe Flores | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Bobby Joe Flores ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
PLEASE SEE ATTACHMENT

U.S. MARSHALS SERVICE
RECEIVED
MAR 0 5 2024
DEL RIO, TX

Date:    03/04/2024

_____
Issuing Officer's Signature
A. Aldrete, U.S. Deputy Clerk
*Printed name and title*

City and state:    Del Rio, Texas

Chief U.S. District Judge Alia Moses
*Judicial Officer's Name*

Bail fixed at $:    DETAIN

### Return

This warrant was received on *(date)* 03/05/2024, and the person was arrested on *(date)* 05/14/2024
at *(city and state)* Corpus Christi, TX

Date: 05/29/2024

_____
*Arresting officer's signature*

Crystal Pon, IA USMS
*Printed name and title*
Del Rio

Del Rio Arrest Warrant Rev 1/22